IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALDOQUES J. DOOLEY, SR.                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO.  1:25-cv-00059-GHD-DAS

JAYLON BARRY; NATHANIEL
HAIRSTON; et al.                                                         DEFENDANTS

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [15] of the United States Magistrate Judge dated July 15, 2025, regarding the dismissal of certain defendants and claims from this action and the issuing of process against the remaining defendants on the remaining claims, was on that date duly served upon the *pro se* Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [15] of the United States Magistrate Judge dated June 15, 2025, is hereby approved and adopted as the opinion of the Court;

2) the Plaintiff's claims against all Defendants other than Jaylon Barry and Nathaniel Hairston are hereby DISMISSED;

3) the Plaintiff's claims for denial of medical care and for poor jail conditions are DISMISSED; and

4) the Plaintiff's claims against Defendants Jaylon Barry and Nathaniel Hairston for false arrest and malicious prosecution shall PROCEED, and process as to those two Defendants shall ISSUE.

SO ORDERED, this, the _19th_ day of August, 2025.

_____
SENIOR U.S. DISTRICT JUDGE